UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOSHE LEIB, d/b/a TBLIMO.COM,

    Plaintiff,

v.                                                          Case No.  8:07-cv-1598-T-24 TGW

HILLSBOROUGH COUNTY PUBLIC
TRANSPORTATION COMMISSION,

    Defendant,

_____/

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion to Extend Deadlines in Case Management and Scheduling Order (Doc. No. 17), in which Plaintiff requests that the Court adjust the dates in the Case Management and Scheduling Order by adding approximately sixty (60) days.  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this motion is **GRANTED**.  The Court will enter an amended Case Management and Scheduling Order with the following deadlines:

| | | |
|---|---|---|
| (1) | Third Party Claims | August 1, 2008 |
| (2) | Plaintiff's Disclosure of Expert Testimony | August 12, 2008 |
| (3) | Defendant's Disclosure of Expert Testimony | September 9, 2008 |
| (4) | Discovery Deadline | October 14, 2008 |
| (5) | Mediation Deadline | October 28, 2008 |
| (6) | Dispositive Motions Deadline | November 11, 2008 |

(7)     Pretrial Conference            February 10, 2009

(8)     Trial                          March 2009

**DONE AND ORDERED** at Tampa, Florida, this 20th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record